

RECEIVED
AUG 27 2010
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

HABEN J. LACHNEY                    CIVIL ACTION 10-544

VERSUS                              U.S. DISTRICT JUDGE DEE DRELL

DRESSER, INC.                       U.S. MAGISTRATE JUDGE JAMES D. KIRK

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, and after an independent (de novo) review of the record including the objections filed by petitioner, and except as explained herein, having determined that the findings and recommendation are correct  under the applicable law;

**IT IS ORDERED** that the Motion to Remand, **Doc. #10,** is **DENIED.**

We note that the Magistrate Judge used language regarding Navarro v. Excel, 48 Fed. Appx . 481 (5th Cir. 2002), citing it as binding precedent.  While we do not find it to be binding precedent, for the reasons aptly pointed out by counsel, it is nonetheless well reasoned and correct.

**THUS DONE AND SIGNED**, in chambers, in Alexandria,  Louisiana, on this _27_ day of August, 2010.

**Dee D. Drell**
**UNITED STATES DISTRICT JUDGE**